RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Stephanie George

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHANIE GEORGE,<br><br>　　　　　Defendant. | Case No. 2:19-mj-00392-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION OF PRETRIAL RELEASE HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Stephanie George, that the Revocation of Pretrial Release Hearing currently scheduled on January 10, 2020 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Ms. George's tentative discharge date from inpatient rehabilitation is the week of January 20th.

2. The defendant is in inpatient rehabilitation and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation of pretrial release hearing.

DATED this 7th day of January, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Robert Knief*<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-00392-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| STEPHANIE GEORGE, | |
| Defendant. | |

  IT IS THEREFORE ORDERED that the revocation of pretrial release hearing currently scheduled for Friday, January 10, 2020 at 10:00 a.m., be vacated and continued to February 11, 2020, at 10:00 a.m.

  DATED this 7th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE