RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Stephanie George

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEPHANIE GEORGE, <br><br> Defendant. | Case No. 2:20-cr-00009-JAD-VCF <br><br> **STIPULATION TO CONTINUE REVOCATION OF PRETRIAL RELEASE HEARING** <br> (Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Stephanie George, that the Revocation of Pretrial Release Hearing currently scheduled on February 11, 2020 at 10:00 a.m., be vacated and continued only in time to 11:00 a.m.

This Stipulation is entered into for the following reasons:

1. Defense counsel has a sentencing hearing also scheduled for February 11, 2020 at 10:00 a.m. in *USA v. Gregory Cooper*, 2:18-cr-00364-JCM-VCF in front of Judge James C. Mahan.

2. The defendant is not incarcerated and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the revocation of pretrial release hearing.

DATED this 10th day of February, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Robert Knief*<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

STEPHANIE GEORGE,

    Defendant.

Case No. 2:20-cr-00009-JAD-VCF

**ORDER**

    IT IS THEREFORE ORDERED that the revocation of pretrial release hearing currently scheduled for Tuesday, February 11, 2020 at 10:00 a.m., be vacated and continued to February 11, 2020, at 11:00 a.m.

    DATED: February 11, 2020.

_____
UNITED STATES MAGISTRATE JUDGE