AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the

_____ District of _NEVADA_____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:20-cr-00009-JAD-VCF |
| | ) | |
| STEPHANIE GEORGE | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George, U.S. Courthouse 333 Las Vegas Blvd., South Las Vegas, NV 89101 | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date and Time: | 10/16/2020 2:00 p.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   __October 15, 2020__

_____
*Judge's signature*

DANIEL J. ALBREGTS, U.S. Magistrate Judge
_____
*Printed name and title*