RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Stephanie George

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00009-JAD-VCF |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| STEPHANIE GEORGE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Stephanie George, that the Revocation Hearing currently scheduled on October 30, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than the week of November 16, 2020.

This Stipulation is entered into for the following reasons:

1. Defense counsel is unavailable on the currently scheduled revocation hearing date.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 26th day of October, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Allison Reese*<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEPHANIE GEORGE,<br><br>　　　　Defendant. | Case No. 2:20-cr-00009-JAD-VCF<br><br>**<u>ORDER</u>** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, October 30, 2020 at 1:00 p.m., be vacated and continued to Friday, November 20, 2020, at the hour of 12:00 p.m., in Courtroom 3C.

　　DATED this 26th day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE