# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00009-JAD-VCF |
| Plaintiff, | |
| vs. | **ORDER Granting Stipulation to Extend Time for Government's Response to Defendant's Motion for Compassionate Release** |
| STEPHANIE GEORGE | |
| Defendant. | ECF No. 174 |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Defendant's Motion for Compassionate Release (ECF No. 169) be due on August 5, 2022.

DATED this 26th of July, 2022.

_____
UNITED STATES DISTRICT JUDGE